# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT L. MOORE | CIVIL ACTION |
| VERSUS | NUMBER: 17-1379 |
| TOYOTA MOTOR CORPORATION, ET AL | SECTION: M (5) |

**O R D E R**

Considering that defendants TK Holdings, Inc. and Takata Corporation have been stayed pending resolution of bankruptcy issues, R. Docs. 24 and 44 respectively, and, the Court having dismissed the remaining defendants, R. Doc. 119; accordingly,

**IT IS ORDERED** that the Clerk of Court mark this action closed for statistical purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this 15th day of March 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE